IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK ZGRABLICH | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 15-4665 |
| CARDONE INDUSTRIES, INC. | : | |

**O R D E R**

**AND NOW**, this  3rd  day of   February  , 2016, upon consideration of Plaintiff's Motion to Remand (ECF No. 5), and all documents and exhibits submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK,  J.**